IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-1614-AP**

**FREDDIE WILSON,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

---

## ORDER

---

Kane, J.

The Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, (doc. #19), filed February 25, 2011, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$3,220.00**.

Dated at Denver, Colorado, this 17th day of March, 2011.

                         BY THE COURT:

                         *S/John L. Kane*
                         JOHN L. KANE, SENIOR JUDGE
                         UNITED STATES DISTRICT COURT